AUGUST THIRTEEN OF 2008                                     08/13/2008
{ HEART LOVES GUNS AND ROSES AND KRISTY ALLEN
{ PAGE NUMBER EIGHT #8                  OF EIGHTEEN #18     PAGES } # 18

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001                                  08 - 525
3.- DEFENDANTS # NOW THAT LATELY YOU HAVE BEGUN TO ANSWER ME MORE OFTEN AT LEAST SO
E OF MY 1983S CIVIL RIGHTS COMPLAINTS, AND FORMA PAUPERIS AND APPLICATIONS
TO PROCEED WITHOUT PREPAYMENTS OF FEES AND AFFIDAVITS AND SOME OF MY LETTERS, IN
RAISING ONCE AGAIN ANOTHER LEGAL FORM THIS TIME ONCE AGAIN, AGAINST THE INMATE MR
HON DOE I AND HIS FRIEND MR. JHON DOE II ALIAS AND/OR A.K.A. MR. MCKENTIRE THE
MATE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL, AS YOU KNOW IT 100 ALL ABOUT
AGAINST THEIR GRANDPARENTS, AGAINST THEIR MOTHERS, AGAINST THE CORRECTIONS OFFICERS
M GANDER HILL PRISON INVOLUCRATED, AGAINST THE CORRECTIONS OFFICERS FROM OVER HER
AT D.C.C. INVOLUCRATED, THE COUNSELORS INVOLUCRATED, AND ALL OF THE OTHER PARTIES M
IONED BEFORE ON ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS AGAINST THE INMATE
MR. JHON DOE I AND MR. JHON DOE II ALIAS AND/OR A.K.A. MR. MCKENTIRE T
INMATE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL, AS YOU KNOW IT 100 ALL ABOUT
PERHAPS OF ALL OF MY INDIVIDUAL DIFFERENT LEGAL FORMS AND LETTERS AGAINST EACH OF THE
TIES AS YOU KNOW IT 100 ALL ABOUT IT.
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME 29
W. 2ND. ST., WILMINGTON DE. 19805, OR AT PETROCON, 100N. CLEVELAND AVE, WILMINGT
DE., 19805.
10.- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OR SALARY RECEIVED # $ 16,00 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

18.- DATE # 08/13/2008
19.- SIGNATURE # IVAN MENDEZ

PLEASE TURN THIS FORM TO PAGE NUMBER NINE 2

AUGUST THIRTEEN OF 2008  08/13/2008
{ IRON MAIDEN LOVES BLACK SABBATH AND SANDRA BULLOCK
{ PAGE NUMBER NINE #9   OF EIGHTEEN #18   PAGES } #19

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

3.- DEFENDANTS # NOW THAT LATELY YOU HAVE BEGUN TO ANSWER ME MORE OFTEN AT LEAST SOME OF MY 1983'S CIVIL RIGHTS COMPLAINTS AND FORMA PAUPERIS AND MOTIONS TO PROCEED WITHOUT PREPAYMENTS OF FEES AND AFFIDAVITS AND SOME OF MY LETTERS, I AM RAISING ONCE AGAIN ANOTHER LEGAL FORM - THIS TIME ONCE AGAIN, AGAINST THE INMATE MR. JHON DOE I, AND HIS FRIEND THE INMATE MR. JHON DOE II ALIAS AND/OR K.A. MR. MCKENTYRE THE INMATE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL, AS YOU KNOW IT TOO ALL ABOUT IT, AGAINST THEIR GRANDPARENTS, AGAINST THEIR MOTHERS, AGAINST THE CORRECTIONS OFFICERS FROM GANDER HILL PRISON INVOLUCRATED, THE CORRECTIONS OFFICERS FROM OVER HERE AT D.C.C., INVOLUCRATED, THE COUNSELORS INVOLUCRATED, AND ALL THE OTHER PARTIES MENTIONED BEFORE ON ALL OF MY DIFERENT LEGAL FORMS AND LETTERS AGAINST THE INMATES MR. JHON DOE I, AND MR. JHON DOE II ALIAS AND/OR A.K.A MR. MCKENTYRE THE INMATE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL, AS YOU KNOW IT TOO ALL ABOUT IT, PERHAPS OF ALL OF MY INDIVIDUAL DIFERENT LEGAL FORMS AND LETTERS AGAINST EACH OF THE PARTIES, AS YOU KNOW IT TOO ALL ABOUT IT.

4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.

5.- SIGNATURE # IVAN MENDEZ

6.- ADDRESS # D.C.C, 1181 PADDOCK ROAD, SMYRNA DE. 19977.

7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 08/13/2008 AUGUST 13 OF 2008

8.- TO # U.S. DISTRICT COURT.

9.- NAME # U.S. DISTRICT COURT.

10.- ADDRESS # 844 N. KING ST., LOCKBOX #18, WILMINGTON DE, 19977.

11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION.

12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

13.- DATE # 08/13/2008

14.- SIGNATURE # IVAN MENDEZ  { PLEASE TURN THIS FORM TO THE OTHER SIDE }

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

TO# MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE, 19977.

DATE# 08/13/2008

FROM# IVAN MENDEZ                           453351
        (INMATE NAME#)                       S.B.I #

———— I HEREBY CERTIFY ————

PURSUANT TO 28 USC 1915 (A), (2),
I AM REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE#

28 USC 1746 AND 18 USC 1621

{PLEASE TURN THIS FORM TO PAGE NUMBER TS.1}

AUGUST THIRTEEN OF 2008  08/13/2008
{ JIMMY BUFFET LOVES JULIA ROBERTS AND RON ORBISON }
{ PAGE NUMBER TEN #10      OF EIGHTEEN #18      PAGES } #≥10

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # NOW THAT LATELY YOU HAVE BEGUN TO ANSWER ME MORE OFTEN AT LEAST SOME OF MY 1983'S CIVIL RIGHTS COMPLAINTS AND FORMA PAUPERIS AND APPLICATIONS WITHOUT PREPAYMENTS OF FEES AND AFFIDAVIT AND SOME OF MY LETTERS, I AM RAISING ONCE AGAIN ANOTHER LEGAL FORM THIS TIME ONCE AGAIN, AGAINST THE INMATE MR. TRAVIS CALDWELL, THE INMATE MR. JOHN DOE, THE CORRECTIONS OFFICER MR. WEBB, THE CORRECTIONS OFFICER MR. JOHN DOE ALIAS AND/OR A.K.A. MR. SCRAPPY, COUNSELOR MS. STACEY KENNEDY, COUNSELOR MS. LEONA MINOR, COUNSELOR MS. JANE DOE, THE HONORABLE WARDEN MR. THOMAS CARROL, AND ALL OF THE OTHER PARTY MENTIONED BEFORE ON ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS AGAINST MR. TRAVIS CALDWELL AND HIS FRIEND MR. JOHN DOE AS YOU KNOW IT TOO ALL ABOUT IT, PERHAPS OF ALL OF MY INDIVIDUAL DIFFERENT LEGAL FORMS AND LETTERS AGAINST EACH PARTY.
4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983
5.- PLAINTIFF # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE, 19977.
7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE SISTER, AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND OR ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
8.- IS THERE A PRISONER GRIEVANCE # YES
9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO ALL ABOUT IT.
11.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO, SAME AS YOU KNOW IT TOO THAT THE GRIEVANCE CHAIRPERSONS ARE JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION TOO, WHOM ALONG WITH OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION SEND IT THE INMATES MR. TRAVIS CALDWELL AND THE INMATE MR. JOHN DOE TO ABUSED ME, HURTED ME AND TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME ON SEVERAL TIMES AS YOU KNOW IT...
{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

ALL ABOUT IT.

12.- NAME OR DEFENDANTS # INMATE MR. TRAVIS CALDWELL, INMATE MR. 3 HON DOE AND O R PARTIES AS YOU KNOW IT TOO ALL ABOUT IT.

13.- IS EMPLOYED AS A # INMATE MR. TRAVIS CALDWELL AND INMATE MR. 3 HON DOE, TH 3 YOU KNOW IT TOO WERE NOT EMPLOYED AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT THEY W ONLY REWARDED, SAME AS YOU KNOW IT TOO THE JOBS AND POSITIONS OR THE OT PARTIES TOO.

14.- ADDRESSES # THE INMATES MR. TRAVIS CALDWELL AND HIS FRIEND THE INMATE MR. 3 N DOE ▮▮ ARE AND/OR USED TO BE I AM IGNORE IT RIGHT NOW INMATES OVER HER AT DELAWARE CORRECTIONAL CENTER AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YO KNOW IT TOO ALL OR THE ADDRESSES OR ALL OR THE OTHER PARTIES TOO.

15.- STATE BRIEFLY THE FACTS OR YOUR CASE # HONORABLE MASTER AS ▮▮ YOUR HONORABLE COURT KNOW IT TOO ALL OF THE ABUSES AND DAMAGES CAUSED TO MYSELF BY THOSE TWO INMATES TOO AND BY ▮▮ ALL OF THE OTHER PARTIES THAT YOUR HONORABLE COURT KNOW IT, BUT NOW THAT LATELY YOU BEGIN TO ANSWER ME AT LEAST SOME OTH LEGAL FORMS IS JUST ANOTHER MEMORANDUM, BUT THE INMATE WHOM WAS HARRASSING ME AND THE CORRECTIONS OFFICERS WRITTEN HIM UP AND REMOVED HIM OUT OF HERE AND BRING HIM BACK HEEN HARRASSING ME I THINK IT WAS MR. TRAVIS CALDWELL, BECAUSE HE MANTIONED MANY OF T ABUSES THAT MR. TRAVIS CALDWELL AND HIS FRIEND DID IT TO ME, SAME AS YOU KNOW IT AND ALL OF MY LEGAL FORMS AND LETTERS AGAINST HIS FRIEND WHEN THEY MOVE HIM OVER S THE S.N.U. BLDG. #21, OVER HERE AT D.C.C., THREATENING ME TOO AND HARRASSING ME AS YOU KN IT TOO ALL ABOUT IT, AND MR. 3 HON DOE WHOM LOOKS LIKE MR. TRAVIS CALDWELL GOT REMOVE AGAIN AFTER THE CORRECTIONS OFFICERS WRITTE HIM UP AGAIN AS YOU KNOW IT TOO ALL ABOU SO I'LL BEGIAN TO HEAR FROM YOU SOON AS POSSIBLE IF THEY DON'T KILL ME FIRST.

16.- HOW HAVE YOU BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # HONORABLE MASTER AS Y AND YOUR HONORABLE COURT KNOW IT TOO THIS INFORMATION.

17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

19.- DATE # 08/13/2008

20.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, I HAVE OBTAINED ▮▮ A TELEVISION ON 08/10/2008, BUT I WAS ON N OPTT ON 08/01/08, 08/02/08 AND 08/03/08, BUT I DON'T WATCH TELEVISION BECA I AM AN L.D.S. MORMON, PERHAPS I DON'T THINK THAT ANYBODY NEEDS A TELEVISI RADIO, NEWSPAPERS, MAGAZINES OVER HERE ON PRISON, AS YOU KNOW IT TOO ALL ABOU IT.

I PLEASE TURN THIS FORM TO PAGE NUMBER ▮▮ SEVEN 7

AUGUST THIRTEEN OF 2008                                                08/13/2008
{ KRISTY ALLEN LOVES KORN AND ELVIS PRESLEY
{ PAGE NUMBER ELEVEN #11           OF EIGHTEEN #18           PAGES } #11

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # NOW THAT LATELY, YOU HAVE BEGUN TO ANSWER ME MORE OFTEN AT LEAST SOME OF MY 1983's CIVIL RIGHTS COMPLAINTS, AND FORMA PAUPERIS AND APPLICATION WITHOUT PREPAYMENTS OF FEES AND AFFIDAVIT, AND SOME OF MY LETTERS, I AM RAISING ONCE AGAIN ANOTHER LEGAL FORM THIS TIME ONCE AGAIN, AGAINST THE INMATE MR. TRAVIS CALDWELL, HIS FRIEND THE INMATE MR. JHON DOE, THE CORRECTIONS OFFICER MR. WEB? THE CORRECTIONS OFFICER MR. JHON DOE ALIAS OR/AND A.K.A MR. SCRAPPY, THE H ORABLE COUNSELORS MS. STACEY KENNEDY, MS. LEONA MINOR, MS. JANE DOE, THE H ORABLE WARDEN MR. THOMAS CARROL, AND ALL OF THE OTHER PARTIES MENTIONED BEFORE ALL OF MY DIFERENT LEGAL FORMS AND LETTERS AGAINST MR. TRAVIS CALDWELL, AND H FRIEND MR. JHON DOE, AS YOU KNOW IT TOO ALL ABOUT IT, PERHAPS OR ALL OF MY DI ENT LEGAL FORMS AND LETTERS INDIVIDUALLY AGAINST EACH OF THE PARTIES, AS YOU W WILL TOO ALL ABOUT IT.
4.- COMES NOW THE ▓▓▓▓▓ PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS= FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C, 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 08/13/2008 AUGUST 13 OF 2008
8.- TO # U.S. DISTRICT COURT.
9.- NAME # U.S. DISTRICT COURT.
10.- ADDRESS # 844 N. KING ST. LOCKBOX # 18, WILMINGTON DE, 19801.
11.- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT R LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY DIFERENT LEGA RMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSILVANIA, AND FROM ALL HIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORREC
13.- DATE # 08/13/2008
14.- SIGNATURE # IVAN MENDEZ

{ PLEASE TURN THE FORM TO THE OTHER SIDE }

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

TO# MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977.

DATE# 08/13/2008

FROM# IVAN MENDEZ            453351
(INMATE NAME#                S.B.I.#

—— I HEREBY CERTIFY ——

PURSUANT TO 28 USC 1915 (A) (2),
I AM REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE#

28 USC 1746 AND 18 USC 1621

(PLEASE TURN THIS FORM TO PAGE NUMBER TWELVE)

AUGUST THIRTEEN OF 2008                                                   08/13/2008
{ LYNYRD SKYNYRD LOVES (?) AND TOM HANKS
{ PAGE NUMBER TWELVE #12           OR EIGHTEEN #18        PAGES } #12

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # NOW THAT LATELY YOU HAVE BEGUN TO ANSWER ME MORE OFTEN AT LEAST SOME OF MY 1983'S CIVIL RIGHTS COMPLAINTS, AND HORMA PAUPERIS, AND APPLICATIONS WITHOUT PREPAYMENTS OF FEES AND AFFIDAVIT, AND SOME OF MY LETTERS, I AM RAISING ONCE AGAIN ANOTHER LEGAL FORM, THIS TIME ONCE AGAIN, AGAINST THE INMATE MR. TRAVIS CALDWELL, HIS FRIEND THE INMATE MR. ZHON DOE, THE CORRECTIONS OFFICER MR. WEBB, THE CORRECTIONS OFFICER MR. ZHON DOE, ALIAS AND/OR A.K.A. MR. SCRAPPY, THE HONORABLE COUNSELORS MS. STACEY KENNEDY, MS. LEONA MINOR, MS. ZANE DOE, THE HONORABLE WARDEN MR. THOMAS CARROL, AND ALL OF THE OTHER PARTIES MENTIONED BEFORE ON ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS AGAINST MR. TRAVIS CALDWELL AND HIS FRIEND MR. ZHON DOE, AS YOU KNOW IT TOO ALL ABOUT IT, PERHAPS OF ALL OF MY INDIVIDUAL DIFFERENT LEGAL FORMS AND LETTERS AGAINST EACH OF THE PARTIES, AS YOU KNOW IT ALL ABOUT IT.
4.- ██████████████████████████ I AM THE PLAINTIFF UNDER 28 USC...
    I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME 2901 W. 2ND ST. WILMINGTON DE. 1980'S, OR AT PETRUCON, 100 N. CLEVELAND AVE WILMINGTON DE. 1980'S.
10.- MONTHLY SALARY RECEIVED # ██ $1,600 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $1,600 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERSON # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 08/13/2008
19.- SIGNATURE # IVAN MENDEZ  { PLEASE SEND THIS FORM TO THE OTHER SIDE }

{ PLEASE TURN THIS FORM TO PAGE NUMBER THIRTEEN }