AUGUST THIRTEEN OF 2008

{ GRAND FUNK LOVES CINDA LAURER AND DEFF LEPPORD
PAGE NUMBER SEVEN #7 } OF EIGHTEEN #18 PAGES } #67

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILLING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC. 1983.

08 - 525

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

3.- DEFENDANTS # NOW THAT LATELY YOU HAVE BEGUN TO ANSWER, ME AT LEAST MORE OFTEN AT LEAST SOME OF MY 1983 CIVIL RIGHTS COMPLAINTS, AND FORMA PAUPERIS AND APPLICATIONS WITHOUT PREPAYMENTS OR FEES AND AFFIDAVIT AND SOME OF MY LETTERS, I AM RAISING ONCE AGAIN ANOTHER LEGAL FORM THIS TIME ONCE AGAIN, AGAINST THE INMATE MR. JHON DOE I AND HIS FRIEND THE INMATE MR. JHON DOE II ALIAS AND/OR A.K.A. MR. KENTURE THE INMATE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL, AS YOU KNOW IT OO ALL ABOUT IT, AGAINST THEIR GRANDPARENTS, THEIR MOTHERS, THE CORRECTIONS OFFICERS FROM GANDER WILL INVOLUCRATED, THE CORRECTIONS' OFFICERS FROM OVER HERE AT D.C.C. VOLUCRATED, THE COUNSELORS (INVOLUCRATED) AND ALL OF THE OTHER PARTIES MENTIONED BEFORE ON ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS AGAINST THE INMATES MR. JHON DOE I AND MR. JHON DOE II AND/OR, A.K.A, ALIAS MR. MCKENTURE, THE INMATE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL, AS YOU KNOW IT TOO ALL ABOUT IT, FROM AND ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS AGAINST EACH OF THE PARTIES, AS YOU KNOW IT TOO ALL ABOUT IT.

4.-> JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 US 1983.

5.- PLAINTIFF # IVAN MENDEZ

6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.

7.- FIRST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # FORSAKE MINSTER, AS U KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR ANSWERS OF ALL OF MY ▬▬▬▬▬▬▬ LEGAL FORMS AND LETTERS FROM WASHINGTON D.C, DELAWARE, PENSILVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN OVER TWO YEARS WAITING FOR THOSE ANSWERS.

8.- IS THERE A PRISONER GRIEVANCE # YES

9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # NOT, I HAVE NOT EXHAUSTED ALL OF MY ADMINISTRATIVE REMEDIES AGAINST THIS DEFENDANTS AND PARTIES, AS YOU KNOW IT TOO ALL ABOUT IT.

10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.

11.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS KNOW IT TOO THAT IT HAS BEEN OVER TWO YEARS WAITING FOR THOSE ANSWERS TOO.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

RECEIVED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SAME AS YOU KNOW IT TOO THAT THE DEFENDANTS CHAIRPERSONS ARE JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION TOO, WHOM ALONG WITH OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION ARE INVOLUCRATED ON THIS INCIDENT, AND EVIL DEEDS AND EVIL ACTS, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THE GRIEVANCE CHAIRPERSONS ARE JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION TOO WHOM ALONG WITH OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION HAVE SEND IT **PEOPLE** TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME FROM GANDER HILL PRISON, FROM ? 1. PRISON, FROM 2. P.C. STATE HOSPITAL AND FROM OVER HERE AT DELAWARE CORRECTION CENTER TOO, AS YOU KNOW IT TOO ALL ABOUT IT.

12.- NAME OF DEFENDANTS # INMATES MR. JHON DOE I, MR. JHON DOE II ALIAS AND/OR A.K.A. MR. MCKENTIRE WHOM LOOKS A LOT LIKE MR. TRAVIS CALDWELL AS YOU KNOW IT TOO ALL ABOUT IT, AND ALL OF THE OTHER PARTIES MENTIONED BEFORE IN ALL OF MY DIFERENT LEGAL FORMS AND LETTERS AGAINST THE INMATES MR. JHON DOE I, MR. JHON DOE II ALIAS AND/OR A.K.A. MR. MCKENTIRE, AS YOU KNOW IT TOO ALL ABOUT IT, PERHAPS OR AH OR MY INDIVIDUAL DIFERENT LEGAL FORMS AND LETTERS AGAINST EACH OF THE PARTIES AS YOU KNOW IT TOO ALL ABOUT IT.

13.- EMPLOYED AS A # THE INMATES MR. JHON DOE I AND MR. JHON DOE II ALIAS AND/OR A.K.A. MR. MCKENTIRE, THEY WERE NOT EMPLOYED ONLY REWARDED AS YOU KNOW IT ALL ABOUT IT, SAME AS YOU KNOW IT TOO THE JOBS AND POSITIONS OF THE OTHER PARTIES TOO.

14.- ADDRESS # THR. JHON DOE I, AND MR. JHON DOE II ALIAS MR. MCKENTIRE, WERE INMATES OVER HERE ON SUPER MAX PROTECTIVE CUSTODY AT D. C. C., AS YOU KNOW IT TOO ABOUT IT, SAME AS YOU KNOW IT TOO ALL OF THE ADDRESSES OF ALL OF THE OTHER PARTIES TOO.

15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THE SIDEFFECTS WHICH SOME OF THEM CAUSE BY HIS URINE ARE THIS NASTY INFECTIOUS STINKY BLEEDING WOUNDS, RIGHT NOW CLOSED ACTUALLY ON MY FINGER IT JUST CLOSED ~~ONE~~ BUT THEY WILL REOPENED, AS YOU KNOW IT TOO ALL ABOUT IT AND THEIR FRIEND MR. JHON DOE THE INMATE FROM 06/30/2008 AND 08/04/2008, STILL HERE, AS YOU KNOW IT TOO ALL ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE IF THEY DON'T KILL ME FIRST.

16- HAVE YOU BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

17.- STATE BRIEFLY, WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO, ~~THIS~~ THE INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY, THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

19.- DATE # 08/13/2008

20.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, I HAVE OBTAINED A TELEVISION ON 08/10/2008, BUT I AM AN L.D.S. MORMON.

PLEASE TURN THIS FORM TO PAGE NUMBER ▬▬▬ 8CU12



INMATE EVAN MENDEZ
SBI# 453359
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNIT S.H.U. #18

U.S.M.S.
X-RAY

U.S. District Court
844 North King Street
Lockbox # 18
Wilmington Delaware
19801

UNITED STATES POSTAGE
MAILED FROM ZIP